IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA v. DENNIS SUESUE*

Case No. 3:07-cr-00035-TMB-KFM

By: THE HONORABLE TIMOTHY M. BURGESS

**PROCEEDINGS**: ORDER FROM CHAMBERS

Having reviewed *de novo* Magistrate Judge McCoy's Final Report and Recommendation on Defendant's Amended Motion to Vacate under 28 U.S.C. § 2255 (Docket 607) and the parties' Objections and Responses thereto (Dockets 608 and 609), along with the parties' underlying submissions (Dockets 594, 599, 600, 604, 605, 601, and 606), the Court hereby adopts and accepts the Final Report and Recommendation in its entirety. Defendant's Amended Motion to Vacate under 28 U.S.C. § 2255 (Docket 594) is DENIED.

**IT IS SO ORDERED.**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: May 18, 2018.